by Rhodes, J. (which is not to be published because not of general interest). Hill, P. J., Crapser, Bliss and Heffernan, JJ., concur.

In the Matter of the Claim of Mrs. JOSEPH CAMPBELL, Respondent, against B. A. TRYON & SON and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of the Claim of FRANK CARPENTER, Respondent, against IGNATIUS BOLESKI and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of the Claim of ANNA MONACO, Respondent, against KESSELMAN'S BABY STORES, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs, on the authority of *Matter of Wickham* v. *Glenside Woolen Mills* (252 N. Y. 11); *Matter of Miles* v. *Gibbs & Hill, Inc.* (250 id. 590). Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of the Claim of CLINTON SMITH, Respondent, against DANZIGER BROS. & RUBIN and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of the Claim of CHARLES M. ROBINSON, Respondent, against IRVING TRUST COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of the Claim of MINNIE MEYERS, Appellant, against VAN DYK & REEVES, INC., and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Decision unanimously affirmed. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of the Claim of CLAUDE MATHEWS, Respondent, against CHARLES E. PROCTOR and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of the Claim of LOUIS FRIEDMAN, Respondent, against NEW YORK EVENING WORLD and/or PRESS PUBLISHING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of the Claim of DONALD AUSLANDER, Respondent, against LONG ISLAND IRON FIREMAN, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of the Claim of LEONARD NILSON, Respondent, against ARDSLEY LUMBER COMPANY, INC., Respondent, and LUMBER MUTUAL CASUALTY INSURANCE COMPANY OF NEW YORK, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the employer, respondent, against the appellant. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of the Claim of STEPHEN SHIFTIC, Respondent, against PROCINO-ROSSI CORPORATION, Employer, and GREAT AMERICAN INDEMNITY COMPANY,